# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

United States of America,           Cr.09-835(PGS)

v.                                  O R D E R

Lamont Nash
    Defendant

It is on this 19th day of November, 2009,

It is ordered the Mr. Lamont Nash be transfered back to the Hudson County for reasons expressed on the record.

_____
PETER G. SHERIDAN, U.S.D.J.